Harry G. HEYSON and Henry C. Gipson, respondents, v. Isaac LICHTENSTEIN and Bessie Lichtenstein, appellants. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Judgment affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Carr, Stapleton, and Rich, JJ., concur.

Richard H. HIGGINS et al., Respts., v. HOCKING VALLEY RY. CO., Applt. (two cases). Daniel E. POMEROY v. SAME. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Orders affirmed, with $10 costs and disbursements. No opinion. Orders filed.

Albert P. HILL and George W. Tryon, Co-partners, etc., Respondents, v. Ernest R. PHILO, Appellant. (Supreme Court, Appellate Division, Third Department. November, 1915.) Judgment unanimously affirmed, with costs.

In the matter of the petition of Robert L. HINES, to render and settle his account as administrator of Mabel E. Jackson, deceased. (Supreme Court. Appellate Division, Second Department. October 6, 1916.) Motion granted, with $10 costs.

Ludwig HIRM, respondent, v. Arnold BEHRER, appellant. (Supreme Court, Appellate Division, Second Department. October 6, 1916.) It would seem that the plaintiff intentionally suffered his default to be taken after failure of his forecast when his case, then on the ready calendar, would be reached for trial. The terms imposed are too light. The order is therefore modified, to make the opening of the default conditioned upon the payment of $40, and, as so modified, it is affirmed, without costs, but with disbursements to the appellant.

Hennie HIRSHON v. MT. AIRY REALTY COMPANY. (Supreme Court, Appellate Division, First Department. July 17, 1916.) Application denied, with $10 costs. Order signed.

Emma A. HOFFMAN, respondent, v. Lottie E. HOFFMAN and another, individually and as executrices, etc., appellants. (Supreme Court, Appellate Division, Second Department. September 29, 1916.) Motions denied, without costs.

James E. HOLLORAN, respt., v. PRUDENTIAL INSURANCE COMPANY OF AMERICA, applt. (Supreme Court, Appellate Division, Fourth Department. May 26, 1916.) Motion for reargument denied with $10 costs.

Frederick H. HOLTZ, Appellant, v. The CITY OF BUFFALO and Others, Respondents. (Supreme Court, Appellate Division, Fourth Department. December, 1915.) Order affirmed, with $10 costs and disbursements, without prejudice to an application for a new injunction in case any attempt is made before the trial of the action to award a contract under the same specifications. Held that, the mayor having vetoed the resolution awarding the contract to the Skinner Engine Company, it was within the discretion of the court at Special Term to vacate the temporary injunction. All concurred.

Ernest HONIG v. Jacob RUBEL, impld., etc. (Supreme Court, Appellate Division, First Department. July 17, 1916.) Application denied, with $10 costs. Order signed.

Mary HORAN, as administratrix, etc., respondent, v. NEW YORK, NEW HAVEN & HARTFORD RAILROAD COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. September 29, 1916.) Motion denied with $10 costs.

Amelia HORNBURG, respt., v. William HORNBURG, applt. (Supreme Court, Appellate Division, Fourth Department. October 11, 1916.) Motion to dismiss appeal granted, unless appellant shall file and serve printed papers by October 13th and be ready to argue appeal on October 17th.

Aaron HOROWITZ, plaintiff, v. Sophie COHEN, as administratrix, etc., defendant. (Supreme Court, Appellate Division, Second Department. September 29, 1916.) Motion granted, without costs.

Chauncey S. HORTON et al. v. THOMAS McNALLY COMPANY. In the Matter of the petition of Thomas L. GILL, respondent, v. MERCHANTS' NATIONAL BANK OF THE CITY OF NEW YORK et al., appellants. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Order affirmed, with $10 costs and disbursements to the respondent. No opinion. Jenks, P. J., and Thomas, Carr, Rich, and Putnam, JJ., concur.

Chauncey S. HORTON et al. v. THOMAS McNALLY COMPANY. John M. MOE v. THOMAS McNALLY COMPANY. In the matter of the petition of the TRUST COMPANY OF AMERICA and John F. Erny, respondents; Merchants' National Bank of the City of New York, et al., appellants. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Order affirmed, without costs. No opinion. Jenks, P. J., and Thomas, Carr, Rich, and Putnam, JJ., concur.

Catherine HOWES v. N. Y. PRESS CO. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Motion denied, with $10 costs. Order filed.

William F. HULL, respondent, v. Harry E. CARY, appellant. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Carr, Stapleton, Mills, and Rich, JJ., concur.

William HUND, Jr., and one, respts., v. Louisa BEHRINGER, applt. (Supreme Court, Appellate Division, Fourth Department. Oc-